UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALNET INC. and HASSAN YOUSSEF, | Case No. 2:26-cv-00461-SB-PVC |
| Plaintiffs, | [PROPOSED] ORDER CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER |
| v. | Orig. Compl.:        4/25/25 |
| THE WRAP NEWS INC. and UMBERTO GONZALEZ, | Orig. Resp. Pldg.:    6/19/25 |
| Defendants. | |

Having considered the request to continue the deadlines in the case management order (CMO) and finding good cause to grant a continuance, the Court hereby modifies the CMO by adopting the Proposed Dates (as may have been modified) in the table below.

1

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| Trial | 11/16/26 | 11/16/26 | 1/4/27 |
| Pretrial Conf. | 11/06/26 | 11/06/26 | 12/18/26 |
| Fact Discovery Cutoff (Including Motion Hearing Cutoff) | 09/04/26 | 09/04/26 | 10/16/26 |
| Expert Discovery Cutoff (Including Motion Hearing Cutoff) | 09/04/26 | 09/04/26 | 10/16/26 |
| Non-Discovery Motion Hearing Cutoff | 09/11/26 | 09/11/26 | 10/23/26 |
| Settlement Conf. Deadline | 09/25/26 | 09/25/26 | 11/6/26 |
| Post-Settle. Conf. (Report due 7 days before) | 10/09/26 | 10/09/26 | 11/20/26 |
| Trial Filings (1st Set) | 10/16/26 | 10/16/26 | 11/27/26 |
| Trial Filings (2nd Set) | 10/23/26 | 10/23/26 | 12/4/26 |

Dated:     <**SELECT DATE**>

_____

**Hon. Stanley Blumenfeld, Jr.**
**United States District Judge**

2