**NOLAN HEIMANN LLP**
DOUGLAS MIRELL Cal. Bar No. 94169
dmirell@nolanheimann.com
JORDAN SUSMAN Cal. Bar No. 246116
jsusman@nolanheimann.com
1600 Ventura Boulevard, Suite 1200
Encino, CA 91436
Telephone: 818-574-5710

[Additional Counsel Listed on Next Page]

*Attorneys for Plaintiffs*
VALNET INC. and HASSAN YOUSSEF

**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY Cal. Bar No. 205513
jpjassy@jassyvick.com
JORDYN OSTROFF Cal. Bar No. 313652
jostroff@jassyvick.com
AMANDA HARRIS Cal. Bar No. 353438
aharris@jassyvick.com
355 S. Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: 310-870-7048

*Attorneys for Defendants*
THE WRAP NEWS INC. and UMBERTO GONZALEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALNET INC. and HASSAN YOUSSEF,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WRAP NEWS INC. and UMBERTO GONZALEZ,<br><br>Defendants. | Case No.: 2:26-cv-00461-SB-PVC<br><br>[Assigned to the Hon. Stanley Blumenfeld, Jr.]<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**DAVIS + GILBERT LLP**
INA B. SCHER (*admitted pro hac vice*)
ischer@dglaw.com

1675 Broadway
New York, New York 10019
Telephone: 212-468-4800

*Attorneys for Plaintiffs*
VALNET INC. and HASSAN YOUSSEF

Plaintiffs Valnet Inc. and Hassan Youssef (together "Plaintiffs"), on the one hand, and The Wrap News Inc. and Umberto Gonzalez (together "Defendants"), on the other hand, by and through their respective counsel of record (collectively the "Parties"), hereby stipulate as follows: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and their confidential settlement agreement, the Parties hereby wish to dismiss with prejudice the above-captioned action in its entirety.

The Parties respectfully request that this Court retain jurisdiction to adjudicate all disputes, if any, concerning the interpretation and/or implementation of the terms of their confidential settlement agreement.

DATED: October 26, 2026

NOLAN HEIMANN LLP

By: *s/ Douglas Mirell*

Douglas Mirell
Attorneys for Plaintiffs Valnet Inc. and Hassan Youssef

DATED: October 26, 2026

JASSY VICK CAROLAN LLP

By: *s/ Jean-Paul Jassy*

Jean-Paul Jassy
Attorneys for Defendants The Wrap News Inc. and Umberto Gonzalez

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Douglas Mirell, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 26, 2026 NOLAN HEIMANN LLP

By: *s/ Douglas Mirell*
Douglas Mirell

*ATTORNEYS FOR PLAINTIFFS*